# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 16-24726-GLT |
| | ) |
| C & D COAL COMPANY, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND SERVICE OF ALL DOCUMENTS, REQUEST FOR MATRIX ENTRY AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9101(b) and section 1109(b) of Title 11 (the "Bankruptcy Code") of the United States Code, Babst, Calland, Clements & Zomnir, P.C. hereby appears as counsel for **RTB HOLDINGS LLC** (the "RTB"), parties in interest in the above-captioned debtor's (the "Debtor") Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, Local Bankruptcy Rules 2002-2, 9010-2 and sections 342 and 1109(b) of the Bankruptcy Code, RTB hereby requests that all documents filed with the Court, all notices given or required to be given in the Debtor's case, and all papers served or required to be served in this case, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in the case:

Mark A. Lindsay, Esquire
mlindsay@babstcalland.com
Erica K. Dausch, Esquire
edausch@babstcalland.com
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, 7th Floor
Pittsburgh, PA  15222
Phone: (412) 394-5400
Fax: (412) 394-6576

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that:  (a) affect or seek to affect in any

{B2908671.1}

way any rights or interests of any creditor or party in interest in this case, including RTB, with respect to, without limitation, (i) the Debtor, (ii) property of the estate or proceeds thereof, in which the Debtor may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtor may seek to use; or (b) require or seek to require any act, delivery of any property, payment or other conduct by RTB.

**PLEASE TAKE FURTHER NOTICE** that RTB intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of RTB to have final orders and non-core matters entered only after de novo review by a District Judge; (b) the right of RTB to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of RTB to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which RTB is or may be entitled.

Dated: December 28, 2016        */s/ Mark A. Lindsay*
　　　　　　　　　　　　　　　　Mark A. Lindsay, Esquire
　　　　　　　　　　　　　　　　PA ID No. 89487
　　　　　　　　　　　　　　　　mlindsay@babstcalland.com
　　　　　　　　　　　　　　　　Erica K. Dausch, Esquire
　　　　　　　　　　　　　　　　PA ID No. 306829
　　　　　　　　　　　　　　　　edausch@babstcalland.com
　　　　　　　　　　　　　　　　Babst, Calland, Clements & Zomnir, P.C.
　　　　　　　　　　　　　　　　Firm No. 812
　　　　　　　　　　　　　　　　Two Gateway Center, 7th Floor
　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　(412) 394-5400

{B2908671.1}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 16-24726-GLT |
| | ) |
| C & D COAL COMPANY, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Entry of Appearance, Request for Notice and Service of All Documents, Request for Matrix Entry and Reservation of Rights** was served this 28th day of December, 2016, via the CM/ECF system on all interested parties.

Dated: December 28, 2016                /s/ Mark A. Lindsay
                                                                                      Mark A. Lindsay, Esquire
PA ID No. 89487
mlindsay@babstcalland.com
Erica K. Dausch, Esquire
PA ID No. 306829
edausch@babstcalland.com
Babst, Calland, Clements & Zomnir, P.C.
Firm No. 812
Two Gateway Center, 7th Floor
Pittsburgh, PA  15222
(412) 394-5400