UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Norma.L.Hildenbrand@usdoj.gov

By: Norma Hildenbrand, Esquire (Pennsylvania ID (70421)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NUMBER: |
| C&D Coal Company, LLC, | 16-24726-GLT |
| DEBTOR | CHAPTER 11 |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:

1. W.B. Kania & Associates, LLC, 71 N. Mt. Vernon Avenue, Uniontown, PA 15401
   Attn: Edward A. Savarno, CPA
   Tel. (724) 437-2731 Fax (724) 437-2952
   Email: easavarno@gmail.com

2. AC Power Tech, Inc., P.O. Box B, Monessen, PA 15062
   Attn: Alex Cerreti
   Tel. (724) 684-6301 Fax (724) 684-6410
   Email: acerreti@acpowertech.com

3. Global Mine Service Incorporated, P.O. Box 188, Fayette City, PA 15438
   Attn: James Watson
   Tel. (724) 929-8700 Fax (724) 929-5252
   Email: cwatson@globalmineservice.com

4. Francis Enterprises, Inc., P.O. Box 2284, Westover, WV 26502
   Attn: Mark F. Cyphert
   Tel. (304) 296-8331 Fax (304) 296-8339
   Email: mark@fent.us

5.     Dolges Electric, Inc., 896 Ridge Road, Hastings, PA 16646
        Attn: Paul J. Dolges
        Tel. (814) 948-5775 Fax (814) 948-5790
        Email: dolgeselectric@verizon.net

6.     Integrated Power Services, 3 Independent Point, Suite 100, Greenville, SC 29615
        Attn: Trent Brummett
        Tel. (864) 451-5614 Fax (864) 451-5615
        Email: tbrummett@ips.us

7.     Kingston Coal Company, 200 Gucket Lane, Wexford, PA 15090
        Attn: Dana A. Yealy, President
        Tel. (724) 272-1116
        Email: kingston-coal@zoominternet.net

Date: January 17, 2017         ANDREW R. VARA
                                          ACTING UNITED STATES TRUSTEE
                                          Region 3

                                          By: /s/Norma Hildenbrand
                                                Norma Hildenbrand
                                                Trial Attorney
                                          Norma.L.Hildenbrand@usdoj.gov