# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-24726-GLT |
| | ) | |
| C&D Coal Company, LLC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

To: Clerk of the United States Bankruptcy Court

Dear Sir/Madam:

Kindly enter the appearance of Michael J. Roeschenthaler and Kelly E. McCauley of Whiteford, Taylor and Preston, LLC in the above-captioned matter as Counsel for the Official Committee of Unsecured Creditors of C&D Coal Company, LLC.

Dated: January 20, 2016                WHITEFORD, TAYLOR & PRESTON, LLC


/s/ *Michael J. Roeschenthaler*_____
Michael J. Roeschenthaler (PA ID No. 87647)
Kelly E. McCauley (PA ID No. 316535)
200 First Avenue
Third Floor
Pittsburgh, PA 15219
t: 412-618-5602
f: 412-618-5597


*Proposed Counsel to the Official Committee of Unsecured Creditors of C&D Coal Company, LLC*