# REAL PROPERTY AND PERSONALTY TO BE SOLD

## Derry Coal Company, LLC

- 104 acres with metal building and rail facility (See Old Republic Title Insurance Commitment – Exhibit B)

## C&D Coal Company, LLC

- 19,000 acres of coal and gas rights per assignment from Kingston Coal Company and Kingston Gas Company (See Review Letter from Edward J. Krug re: C&D Company, LLC Leashold Coal Interests – Exhibit C)

- 84 Acres of surface real property in Latrobe, PA (See December 13, 2010 Deed From Kennametal, Inc. to C&D Coal Company, LLC – Exhibit D)

- 114 Acres of coal and gas rights in Derry, PA (See August 27, 2013 Coal Deed from Kennametal, Inc. to C&D Coal Company, LLC – Exhibit E)

## EQUIPMENT TO BE SOLD

## C&D Coal Company, LLC

MCI Power Center (Model 36441-4542-0812)

Joy Miner (Model 14 CM10-11AAK)

Fletcher Bolter (Model RRII-13-B-C-F)

Joy 21 Shuttle Cars (2) (Model 27SC – 56AKKE – 1)

Stancor Sump Pump (Model 940CEHH)

Stancor Pumps (2) (Model P20 CE)

Flyte Pump (Model 2075-080-502)

Switch House (Model SSH 7200-4364)

Stampler Feeder (Model BF-17-12)

# EXHIBIT A

DBT Scoop (Model 488DBT)

Caterpillar Scoop

Caterpillar Scoop Charger

Benchee 4 Wheeler

Mine Fan (Model 72-D9-200)

Green Fork Lift (Model MLULL-10K)

Luigong Loader (Model CLG85611)

Caterpillar Loader (Model 980 G)

MCI Substation (Model 36442-45476-0812)

MCC Room (with 480 Volt Fan Starter; 240/120 Load Center;
Pit Light Timer and Lights; 480 Volt AC-240/120 VAC Transformer
GE 37.5 KVA; 120/240 Breaker Panel; 480 Volt Main Disconnect for Fan; 480 Volt
3 Phase Disconnect for Transformer)

Grindex Fresh Water Pump (Model Major-H)

Stancor Pit Pump (Model SX2000HH)