# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 16-24726-GLT |
| C&D COAL COMPANY, LLC | Chapter 11 |
| | Document No. _____ |
| Debtor. | |
| | Related to Document Nos. 187, 189, 201 |
| DERRY COAL COMPANY, LLC, | Bankruptcy No. 16-24727-GLT |
| | Chapter 11 |
| Debtor. | Document No. _____ |
| | Related to Document Nos. 110, 112, 122 |
| C&D COAL COMPANY, LLC and DERRY COAL COMPANY, LLC, | **Sale Hearing Date and Time:** <br> **April 24, 2018 at 10:00 a.m.** |
| Movants, | **Sale Objection Deadline: April 17, 2018 at 4:00 p.m. (Eastern Time)** |
| vs. | |
| KINGSTON COAL COMPANY, KINGSTON GAS COMPANY, JOHNSON INDUSTRIES, EVEREST BUSINESS FUNDING, RTB HOLDINGS, LLC, INTEGRITY COAL SALES INC., WESTMORELAND COUNTY TAX CLAIM BUREAU, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, | **Auction Date and Time:** <br> **April 23, 2018 at 10:00 a.m.** <br><br> **Auction Objections Date and Time:** <br> **April 23, 2018 to filed with the Court by 6:00 p.m.** <br><br> **Auction To be held at:** <br><br> **Robert O Lampl Law Office** <br> **Benedum Trees Building** <br> **223 Fourth Avenue, 4th Floor** <br> **Pittsburgh, PA  15222** |
| Respondents. | |

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney, hereby certify that

on the 12th day of  February, 2018, a true and correct copy of the **MODIFIED DEFAULT**

**ORDER (A) APPROVING BIDDING PROCEDURES, INCLUDING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (B) SCHEDULING BID DEADLINE, AUCTION DATE AND SALE HEARING AND APPROVING NOTICE THEREOF; (C) APPROVING PROCEDURES RELATED TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND APPROVING NOTICE THEREOF; AND (D) STAYING THE KINGSTON ADVERSARY PROCEEDING and EXHIBIT A (BIDDING PROCEDURES); EXHIBIT B (NOTICE OF BID DEADLINE, AUCTION AND SALE HEARING FOR THE APPROVAL OF THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS); EXHIBIT C (NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES),** was served upon the following *(via Electronic servic*e *and/or First-Class U.S. Mail):*

Office of the U.S. Trustee
1001 Liberty Avenue
970 Liberty Avenue
Pittsburgh, PA  15222
*(via Electronic Service)*

Michael J. Roeschenthaler
Whiteford, Taylor & Preston, LLP
200 First Avenue, 3rd Fl.
Pittsburgh, PA  15222
*(Counsel for the Official Committee of Unsecured Creditors)*

Barbara J. Grabowski
Commonwealth of PA, Department of Environmental Protection
400 Waterfront Drive
Pittsburgh, PA  15222

Everest Business Funding
2001 NW 107th Avenue, 3rd Fl.
Miami, FL  33172

Integrity Coal Sales, Inc.
905 Marconi Avenue
Ronkonkoma, NY  11779

Johnson Industries
101 Pine Fork
Pikeville, KY  41501

Dana A. Yealy, President
Kingston Coal Co./Kingston Gas Co.
200 Guckert Lane
Wexford, PA  15090

William E. Kelleher, Jr.
Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh, PA  15222
*(Counsel for Kingston Coal Co./Kingston Gas Co.)*

John R. Gotaskie, Jr.
Fox Rothschild LLP
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA  15219
*(Counsel for Paradise Avenue Realty Limited Partnership)*

PA Department of Labor and Industry
651 Boas Street, Room 702
Harrisburg, PA  17121

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0946

Robert C. Edmundson
Office of Attorney General
564 Forbes Avenue
5th Floor, Manor Complex
Pittsburgh, PA  15219-2992

RTB Holdings LLC
42 Liberty View Court
Acworth, GA  30101

Mark A. Lindsay
Babst, Calland, Clements & Zomnir
Two Gateway Center, 8th Fl.
Pittsburgh, PA  15222
*(Counsel for RTB Holdings, LLC)*

Westmoreland County Tax Claim Bureau
40 N. Pennsylvania Avenue, Ste. 109
Greensburg, PA  15601

Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA  17120

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**POTENTIAL INTERESTED PARTIES (via First-Class U.S. Mail)**:

Jan and George Ondra
1640 N. Main Street
Washington, PA  15301

Raymond and Katherine Kerber
110 Lee Valley Road
Derry, PA  15627

Danny D. and Mary G. Kuhns
Box 126
Hostetter, PA  15638

Dorothy Rosenfelder
5155 Meadowridge Lane
Gibsonia, PA  15044
c/o Lynn Rahl, Esquire

Kenneth Frederick Burd
909 Orinoco Avenue
Venice, FL  33595

Thomas E. and Lauren J. Davis
214 Fairview Lane
Derry, PA  15627

Walter J. and Mary M. Brewer
234 Fairview Lane
Derry, PA  15627

Frank S. and Margaret A. Guzik
815 Rosewind Farm Lane
Derry, PA  15627

Shelly R. Gerhard
Carol A. Gerhard
Michelle M. Schultz
189 Fairview Lane
Derry, PA  15627

Dr. James E. Gibson
4305 Claycrest Drive, NW
Huntsville, AL  35816

Dr. James E. Gibson
1917 W. Crescent Dr.
Crawfordsville, IN  47933

Erma L. Nicol
116 Countryside Lane
Derry, PA  15627

David W. and Michele L. Nicol
192 Countryside Lane
Derry, PA  15627

William W. Nicol, IV and Brenda J. Nicol
292 Nicol Lane
Derry, PA  15627

William J. Newcomer
5210 Forrest View Drive
McDonald, PA  15057

Stephen and Melanie Peterman
250 Nicol Lane
Derry, PA  15627

Harold Lucas Jr. and Patricia L. Lucas
184 Fairview Lane
Derry, PA  15627

Fred C. and Carrie L. Hixson
8763 Pisa Drive #525
Orlando, FL  32810

David J. and Kristina M. Swank
284 Fairview Lane
Derry, PA  15627

Cecilia L. Nicol
115 McBride Street
New Alexander, PA  15670

Jerome and Alice Susa
120 Virginia Street
Latrobe, PA  15650

Donald S. and Jennifer C. Kepple
268 Fairview Lane
Derry, PA  15627

James H. and Helen G. Daugherty
128 Whites Road
Derry, PA  15627

The Daniel G. Slavek, Jr. Trust
1005 Sleepy Hollow Road
Jeannette, PA  15644

Harvey Eger, Trustee
Route 217
Latrobe, PA  15650
*(Counsel for The Daniel G. Slavek, Jr. Trust)*

Earl and Albina Killen
269 Lockport Road
Bolivar, PA  15923

Jared A. Kuhl
Murray Energy Corporation
Land Records & Acquisition Manager
46226 National Road
St. Clairsville, OH  43950

Michael Costello, Principal
FM Coal LLC
9865 Highway 269
Parish, AL  35580

Mike Curry
Contura Energy
340 Martin Luther King Jr. Blvd.
Bristol, TN  37620

Ernie Thrasher
XCoal Energy & Resources
One Energy Place
Latrobe, PA  15650

Terry Jacobs, President and CEO
Ben Wallace, COO
Penneco Oil Company, Inc.
6608 Route 22
Delmont, PA  15626-2408

Cliff Forest, President and CEO
Rosebud Mining Co.
301 Market Street
Kittanning, PA  16201

Jud Kroh, CFO
Robindale Energy Services
11 Lloyd Avenue, Suite 200
Latrobe, PA  15650

Kirk B. Burkley
Bernstein Burkley
707 Grant Street, Suite 220
Gulf Tower
Pittsburgh, PA  15219
(Counsel for Robindale Energy Services)

Alan Polka
AK Coal
1134 Stoystown Road
Friedens, PA  15441

Document      Page 8 of 9

Rase Denny
Andy Stevens Boulogne
ABMD US Inc.
1107 Braxton Street
Uniondale, NY  11553

Shauna Ducannon, Chief Counselor
Awoota Law Consul
P.O. Box 48324
Philadelphia, PA  19144-9998

Dave Pozy KW, CEO
Fortress Financial Inc.
11400 Parkside Dr., Suite 120
Knoxville, TN  37934

J. J. Cafaro, President
J. J. Cafaro Investment Trust LLC
6874 Strimbu Dr.
Brookfield, OH  44403

Mark Rodak
Pentaxo Group, LLC
5547 Mahoning Avenue
Youngstown, OH  44515

Affordable Energy U.S.A., Inc.
c/o Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY  40507
Attn:  Warren Hoffman, Esq.

Dr. Mike Weaver
Weaver International
Joe Wolcott, General Counsel
267 E. Main Street
Newark, DE  19711

Jimmy Ryan
Heat X Change
P.O. Box 245
Pelham, AL  35124

Paul A. Gossette
3235 River Lodge Trail North, #237
Fort Worth, TX  76166

Further, on the 12th day of February, 2018, a true and correct copy of the "BIDDING PROCEDURES ORDER" is served upon the following *(via First-Class U.S. Mail)*:

SEE ATTACHED COMPLETE CLERK'S OFFICE MAILING MATRIX FOR C&D COAL COMPANY, LLC (Bankruptcy No. 16-24726-GLT).

| | |
|---|---|
| Date: February 12, 2018 | */s/ Robert O Lampl* |
| | ROBERT O LAMPL |
| | PA I.D. #19809 |
| | JOHN P. LACHER |
| | PA I.D. #62297 |
| | DAVID L. FUCHS |
| | PA I.D. #205694 |
| | RYAN J. COONEY |
| | PA I.D. #319213 |
| | Counsel for the Debtors |
| | Benedum Trees Building |
| | 223 Fourth Avenue, 4th Fl. |
| | Pittsburgh, PA  15222 |
| | (412) 392-0330 (phone) |
| | (412) 392-0335 (facsimile) |
| | Email:  rlampl@lampllaw.com |