## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 16-24726-GLT |
| | ) | 16-24727-GLT |
| C & D COAL COMPANY, LLC and | ) | |
| DERRY COAL COMPANY, LLC, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Rel. Doc No.: |
| _____ | ) | |
| | ) | Hearing Date and Time: Feb. 12, 2021 at |
| CHARLES O. ZEBLEY, Jr., INTERIM | ) | at 11:00 a.m. |
| CHAPTER 7 TRUSTEE of C&D Coal | ) | Response Deadline: Feb. 5, 2021 |
| Company, LLC and Derry Coal Company, | ) | |
| LLC, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| ATLAS ACQUISITIONS, LLC; C&D | ) | |
| COAL COMPANY, LLC; | ) | |
| COMMONWEALTH OF | ) | |
| PENNSYLVANIA- UCTS, DEPARTMENT | ) | |
| OF LABOR AND INDUSTRY; | ) | |
| DEPARTMENT OF TREASURY- | ) | |
| INTERNAL REVENUE SERVICE; DERRY | ) | |
| COAL COMPANY, LLC; INTEGRITY | ) | |
| COAL SALES, INC.; JOHNSON | ) | |
| INDUSTRIES, INC.; KINGSTON COAL | ) | |
| COMPANY; KINGSTON GAS, LLC; | ) | |
| PALISADE AVENUE REALTY | ) | |
| ASSOCIATES LIMTED PARTNERSHIP; | ) | |
| PENNSYLVANIA DEPARTMNET OF | ) | |
| REVENUE; RTB HOLDINGS, LLC; | ) | |
| WESTMORELAND COUNTY TAX | ) | |
| CLAIMS BUREAU, and THE | ) | |
| COMMONWEALTH OF | ) | |
| PENNSYLVANIA, DEPARTMENT OF | ) | |
| ENVIRONMENTAL | ) | |
| PROTECTION, | ) | |
| | ) | |
| Respondents. | ) | |

**PROOF OF PUBLICATION OF NOTICE OF SALE IN THE TRIBUNE-REVIEW**

Charles O. Zebley, Jr., the Chapter 7 Trustee of C&D Coal Company, LLC and Derry Coal

Company, LLC (the "Trustee"), hereby files this Proof of Publication of the Notice of Sale in the

Tribune-Review, which is attached.


LEECH TISHMAN FUSCALDO & LAMPL, LLC


Date: February 2, 2021                    By: /s/ Crystal H. Thornton-Illar
                                              Crystal H. Thornton-Illar
                                              PA I.D. No. 93003
                                              cthornton-illar@leechtishman.com
                                              525 William Penn Place
                                              28th Floor
                                              Pittsburgh, Pennsylvania 15219
                                              (412) 261-1600



## Proof of Publication of Notice in The Tribune-Review

Under the Act of July 9, 1976, P.L. 877, No. 160

Commonwealth of Pennsylvania }
County of Allegheny            }        SS:

Patty Klingensmith, Classified Advertising Manager  of  Trib Total Media, Inc., a corporation of the Commonwealth  of Pennsylvania with  place  of  business in Pittsburgh, Allegheny County, Pennsylvania, being duly sworn, deposes and says that the Tribune-Review  is a daily newspaper  in general circulation in Southwestern Pennsylvania. Said corporation  was established in the year 1924. A copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions of the said daily newspaper on the following dates, viz:
LEGAL# 156612, RE: BANKRUPTCY SALE; 27TH DAY OF JANUARY, 2021.

Affiant further deposes that s/he is an officer duly Authorized by the Trib Total Media, Inc., publisher of the Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
Classified Advertising Manager,
Trib Total Media, Inc.

Sworn to and subscribed before me this
27TH  day of JANUARY, 2021

_____
Notary Public

> Commonwealth of Pennsylvania - Notary Seal
> JoAnn M. Callahan, Notary Public
> Westmoreland County
> My commission expires July 1, 2024
> Commission number 1243230
> Member, Pennsylvania Association of Notaries

### Statement of Advertising Costs

CRYSTAL H. THORNTON-ILLAR
LEECH TISHMAN FUSCALDO & LAMPL, LLC
525 WILLIAM PENN PLACE, 28TH FLOOR
PITTSBURGH, PA 15219

To Trib Total Media, Inc..
For Publishing the notice or advertisement attached
hereto on the above stated dates          $617.75
Probating Same                             $    0
Total                                      $ 617.75*

### Publisher's Receipt for A

The **Trib Total Media, Inc.**, publisher of the
acknowledges a receipt of the aforesaid advertising and pu
fully paid.

**Trib Total Media Inc.**, Publisher
of the **Tribune-Review**, a Daily Newspaper.

By _____

**BANKRUPTCY SALE**
Bank. Case No.: 16-24726-GLT
               16-24727-GLT
C & D COAL COMPANY, LLC and
DERRY COAL COMPANY,LLC,
NOTICE IS HEREBY GIVEN THAT Charles O. Zebley, Jr., the Chapter 7 Trustee
Motion to Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens
described as follows:
(1) The real estate owed by C&D Coal Company, LLC located in Derry Township, W
sylvania, as more particularly described in: (i) that Deed from Kennametal, Inc., to
13, 2010 and recorded on December 16, 2010 in the Office of the Recorder of Deed
Pennsylvania, at Instrument Number 201012160047129 and (ii) that Coal Deed fro
Coal dated August 27, 2012 and recorded on September 5, 2012 in the Office of
Westmoreland County, Pennsylvania, at Instrument Number 201209050036746 id
45-41-00-0-120-90-100.
(2) The real estate owned by Derry Coal Company, LLC located in Derry Townsh
Pennsylvania identified as tax map numbers 45-41-04-0-036 and 45-41-04-0-041.
(3) All tangible and intangible personal property used in connection with their busines
tion of coal, oil, and gas, owned by the Debtors.
(4) The Trustee is assigning to the buyer all the Debtors' interest, if any, in the Kings
is selling/assigning all of its interest in the Kingston Leases.
The Trustee intends to sell substantially all of the Debtors' assets on an As is, Wher
The Trustee and Kingston have received an offer from Low Vol Properties, LLC to p
the Debtors' assets for $5,000,000.00.
A video conference on the Sale Motion will be held on **February 12, 2021 at 11:00 a**
Taddonio via Zoom at which time the Bankruptcy Court will consider higher and bett
to appear by video conference must register via the link published on Judge Taddor
p.m. the day prior to the hearing.
An Order has been entered approving certain bid procedures.. Anyone wishing to b
provide the Trustee with a deposit in the amount $50,000.00 on or before February
Arrangements to receive a copy of the Purchase Agreement, the Bid Procedures a
Assets may be made by contacting Crystal H. Thornton-Illar at the below phone nu
More information about the Debtors' assets can be obtained on the Court's Electron
tion website at www.pawb.uscourts.gov/easi.htm.
Date: January 21, 2020          By: /s/ Crystal H. Thornton-Illar
                                Crystal H. Thornton-Illar
                                PA I.D. No. 93003
                                cthornton-illar@leechtishman.com
                                525 William Penn Place
                                28th Floor
                                Pittsburgh, Pennsylvania 15219
                                (412) 261-1600