IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 16-24727 GLT |
| | ) | |
| Derry Coal Company, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No.: _____ |
| | ) | |
| In Re: | ) | Case No.: 16-24726 GLT |
| | ) | |
| C&D Coal Company, LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No.: _____ |

TRUSTEE'S STATUS REPORT

The Trustee, Charles O. Zebley, Jr., Esquire, files this Status Report:

1. Bank balance on May 17, 2022: $424,497.67.

Dated: May 17, 2022 BY /s/ Charles O. Zebley, Jr.
 Charles O. Zebley, Jr., Trustee
 PA I.D. No. 28980
 Zebley Mehalov & White, P.C.
 P.O. Box 2124
 Uniontown, PA 15401
 (724) 439-9200
 Email: COZ@Zeblaw.com